# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ROBERT NELSON, JR.                                                                                          PLAINTIFF

VS.                                          3:06CV00018 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                                  DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 6th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE